**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE ELEVENTH CIRCUIT**

_____

No. 05-13315
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
OCTOBER 23, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 05-20199-CR-CMA

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE VALDEZ DOMINGUEZ,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

**(October 23, 2006)**

Before DUBINA, CARNES and BARKETT, Circuit Judges

PER CURIAM:

Gustavo J. Garcia-Montes, retained counsel for Jose Valdez Dominguez in

this direct criminal appeal, has moved to withdraw from further representation of

the appellant and filed a brief pursuant to <u>Anders v. California</u>, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Dominguez's conviction and sentence are **AFFIRMED.**